469 A.2d 1143
Collier, Appellant v. Hackman.
Reargument Denied Jan. 31, 1984.
Petition for Allowance of Appeal
Denied May 1, 1984.

Argued October 3, 1983. Allen L. Feingold, for Collier, appellant; Barbara Axelrod, Deputy City Solicitor, for City of Phila., appellee; and Pamela Gagne, for Pangborne Co., for appellee.

Before WICKERSHAM, WIEAND and LIPEZ, JJ.
Order affirmed.